# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 10, 2016

## NO. 03-15-00410-CR

**Edgar Sangillo, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 299TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment revoking community supervision. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 10, 2016

## NO. 03-15-00411-CR

**Edgar Sangillo, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 299TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND PEMBERTON
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. Therefore, the Court affirms the trial court's judgment. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to delete the language stating that appellant "FAILED TO COMPLETE 250 HOURS OF COMMUNITY SERVICE RESTITUTION," and to reflect that Sangillo was convicted under subsection 550.021(c)(2) of the Transportation Code. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.